```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WEIFENG PAN,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES SAN FRANCISCO ASYLUM OFFICE,<br><br>            Defendant. | Case No. 4:24-cv-04528 HSG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT; AND ORDER** |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendant's response to Plaintiff's complaint. Defendant will file their response by November 4, 2024.

The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 5. Currently, Defendant must file a motion for summary judgment by 120 days after the complaint was served, or December 3, 2024. In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that Defendant must file their motion for summary judgment by January 2, 2025.

| | |
|---|---|
| Dated: October 4, 2024 | Respectfully submitted,[1] |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | */s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br>Attorneys for Defendant |
| Dated: October 4, 2024 | */s/ Chung N. Phang*<br>CHUNG N. PHANG<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/7/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.