1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11

12  WEIFENG PAN,                              Case No. 4:24-cv-04528 HSG

13                    Plaintiff,

14       v.                                   **STIPULATION TO STAY PROCEEDINGS;
                                              ORDER**
15  UNITED STATES CITIZENSHIP AND
    IMMIGRATION SERVICES SAN
    FRANCISCO ASYLUM OFFICE,
16
17                    Defendant.

18
19      The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay

20  proceedings in this case for a limited time, until May 15, 2025. The parties make this joint request

21  because they are pursuing an administrative resolution that may render further litigation of this case

    unnecessary.
22
23      1.      Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application

24  for Asylum and Withholding of Removal.  United States Citizenship and Immigration Services

25  ("USCIS") scheduled an interview for January 15, 2025.  USCIS will work diligently towards

26  completing adjudication of the I-589 application, absent the need for further adjudicative action or

    unforeseen circumstances that would require additional time for adjudication.
27
28      2.      Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to

Stipulation to Stay
C 4:24-cv-04528 HSG                    1

ten days prior to the agreed upon scheduled interview.  Plaintiff agrees that failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

3.      If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13.  Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

4.      Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss the case.

5.      The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 15. 2025, at which time the parties will file a joint status report with the Court.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: October 10, 2024                    Respectfully submitted,[1]

                                           ISMAIL J. RAMSEY
                                           United States Attorney


                                            */s/ Elizabeth D. Kurlan*
                                           ELIZABETH D. KURLAN
                                           Assistant United States Attorney
                                           Attorneys for Defendant

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 4:24-cv-04528 HSG                    2

1   Dated: October 10, 2024                         /s/ Chung N. Phang
                                                    CHUNG N. PHANG
2                                                   Attorney for Plaintiff

3

4

5

6                                   **ORDER**

7                   Pursuant to stipulation, IT IS SO ORDERED.

8
    Date:      10/11/2024
9
                                        HAYWOOD S. GILLIAM, JR.
10                                      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28